Case Closed

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Northwest Airlines, Inc., a Minnesota Corporation,

Petitioner and Plaintiff,

vs.

R&S Company S.A., an Egyptian company; R&S Travel, S.A.L., a Lebanese company; and R&S S.A.L., a Lebanese company,

Respondents and Defendants.

Case No. 01-553 JMR/FLN

**ORDER**

---

The above entitled matter came before the Court on plaintiff Northwest Airlines, Inc.'s motion to confirm award of arbitrators and for entry of judgment based on the award. The Court, having considered the submissions of the parties and based upon all files, records and proceedings herein, hereby orders that:

1. Plaintiff's motion is granted.

2. The Arbitrators Award, including the attached Order dated August 31, 2002, incorporated by reference in the matter of the arbitration between plaintiff and defendants entered on September 24, 2002, is confirmed.

3. Declaratory judgment is entered in favor of Northwest finding that the 1990 GSA Agreement was properly terminated and Northwest does not owe Defendants anything as a result of the termination;

4. Judgment is entered in favor of Northwest against Defendants in the amount of $127,331.81.

FILED OCT - 7 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 29th, 2003

James M. Rosenbaum
United States Chief District Judge