AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Northwest Airlines, Inc.

V.

R&S Company S.A. et al.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-553 JMR/FLN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1) Plaintiff's motion is granted.
2) The Arbitrators Award, including the attached Order dated August 31, 2002, incorporated by reference in the matter of the arbitration between the plaintiff and defendants entered on September 24, 2002, is confirmed.
3) Declaratory judgment is entered in favor of Northwest finding that the 1990 GSA Agreement was properly terminated and Northwest does not owe Defendants anything as a result of the termination.
4) Judgment is entered in favor of Northwest against Defendants in the amount of $127,331.81.

October7, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Jackie Mehl, Deputy Clerk